IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>LIN LI, et al.,<br><br>    Defendants. | Case No. 12-cv-9892<br><br>**Judge Ruben Castillo**<br><br>**Magistrate Judge Geraldine Soat Brown** |

**SUPPLEMENTAL ORDER**

This action having been commenced by Plaintiff Deckers Outdoor Corporation ("Deckers") against Defendants identified in the First Amended Complaint on Schedule "A" and determined to be the owners of newly identified PayPal accounts (the "PayPal Accounts") listed below in Schedule C;

This Court having found that Defendants are liable for federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), cyberpiracy (15 U.S.C. § 1125(d)) and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.); and

This Court having entered default judgment (the "Order") awarding Deckers, among other things, damages from each of the Defendants in the amount of two million dollars ($2,000,000) for a total award in the amount of two hundred million dollars ($200,000,000) and permitting Deckers to continue seizing funds in Defendants' financial accounts until full payment of all monies owed is received; and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion in its entirety and orders that:

1. Any banks, savings and loan associations, payment processors, PayPal or other financial institutions, for any Defendant or any of Defendants' websites shall within two (2) business days of receipt of this Order:

   a. Locate all accounts connected to Defendants, Defendants' Marketplace Accounts or Defendants' websites, including, but not limited to, any PayPal accounts connected to the email addresses listed in Schedule C hereto;

   b. Restrain and enjoin such accounts from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court; and

   c. Any money or other of Defendants' assets restrained pursuant to Section (b) shall be transferred to Plaintiff within ten (10) business days.

2. Deckers will file an unsealed copy of this Order with Schedule C with the Court once any identified financial accounts are frozen pursuant to this Order.

DATED: March 15, 2013

U.S. District Court Judge Ruben Castillo